THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
McKinley Williams, Appellant.
 
 
 

Appeal From Beaufort County
 Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2005-UP-568
Submitted October 3, 2005  Filed October 27, 2005   

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Randolph  Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  A jury convicted McKinley Williams of distribution of crack cocaine.  The trial court sentenced him to twenty-five years imprisonment.  Williams appeals his conviction, arguing the trial court erred in failing to hold a hearing on his use of peremptory strikes.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
GOOLSBY, BEATTY, and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.